1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11  UNITED STATES,                                   No. C 10-00665 CRB

12              Plaintiff,                           **ORDER CONTINUING HEARING**

13      v.

14  SEGOVIO-HERNANDEZ, ET AL.,

15              Defendants.
                                              /
16

17          For good cause, the Court hereby CONTINUES the evidentiary hearing currently set

18  to begin on Monday, April 9, 2012, to **<u>Tuesday, May 1, 2012</u>** at the same time and place.

19          **IT IS SO ORDERED.**

20

21  Dated: April 6, 2012                         _____
                                                 CHARLES  R. BREYER
22                                               UNITED STATES DISTRICT JUDGE

23
24
25
26
27
28