SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
180 Montgomery St., Suite 2350
San Francisco, CA. 94104
Telephone: (415) 362-6252
Facsimile: (415) 362-6431

Attorneys for Defendant
    LORETO HIDALGO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00665 CRB |
| Plaintiff, | |
| v. | [proposed] **ORDER FOR RETURN OF PASSPORTS** |
| LORETO HIDALGO, | |
| Defendant. | |

TO: CLERK, UNITED STATES DISTRICT COURT:

As a condition of the release of defendant Loreto Hidalgo from custody in the above-entitled action, this Court ordered that defendant Loreto Hidalgo, his wife Rosenda Hidalgo and their three children (Karen, Jesus and Daniel Hidalgo) surrender their passports to the Clerk's Office for this Court. The passports for Mr. and Mrs. Hidalgo were issued by Mexican authorities, and the passports for their children were issued by United States authorities.

Mr. Hidalgo has now been sentenced and has surrendered into custody.

GOOD CAUSE APPEARING, you are hereby ORDERED to forthwith release all of the above passport documents to either Scott A. Sugarman, Sugarman & Cannon, who is the attorney for Mr. Hidalgo, or to his wife, Rosenda Hidalgo.

DATE: September 14, 2012

_____
UNITED STATES DISTRICT COURT JUDGE

ORDER FOR RELEASE OF PASSPORTS